Salehe Mohamed KAUMBWA, Petitioner

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 12–1407.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 18, 2012.

Filed: Oct. 26, 2012.

John Bradley Pace, Pace Law Firm, LLC, Mission, KS, for Petitioner.

David V. Bernal, Karen Yolanda Drummond, Richard M. Evans, Melissa Katherine Lott, Jennifer Paisner Williams, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Salehe Mohamed Kaumbwa petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision that he was ineligible for adjustment of status. After careful review, we find no basis for reversal. In particular, we conclude that the BIA's finding that Kaumbwa had falsely represented himself as a United States citizen in order to obtain employment was supported by substantial evidence on the administrative record as a whole, and that

---

1. The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.

the BIA properly applied the law to its findings in deciding Kaumbwa was ineligible for adjustment of status. *See Rodriguez v. Mukasey,* 519 F.3d 773, 776–77 (8th Cir.2008) (standard of review; "an alien who marks the 'citizen or national of the United States' box on a Form I–9 for the purpose of falsely representing himself as a citizen to secure employment with a private employer has falsely represented himself for a benefit or purpose" under immigration law, and is ineligible for adjustment of status). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.